**E-FILED**
Monday, 05 April, 2010  04:04:11 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Charles and Emily Hook )<br>　　　　　　Plaintiff ) | | |
| ) | | |
| vs. ) | Case No. | 10-1034 |
| ) | | |
| Financial Recovery Services Inc. )<br>　　　　　　Defendant ) | | |

**ORDER FOLLOWING REPORT OF SETTLEMENT**

This case has been reported settled by the parties.  The parties are hereby directed to file with the court, within thirty-five (35) days of the date of this order, a stipulation of dismissal or other appropriate pleading.  Fed. R. Civ. P. 41(a)

All timetables and scheduled hearings in this case are cancelled until further notice.

ENTER this 5th day of April, 2010.

s/ John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE

H:\Office Forms\35doA(parties settled)