## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| EMILY & CHARLES HOUK, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:10-cv-01034-MMM-JAG |
| ) | |
| ) | |
| FINANCIAL RECOVERY SERVICES, INC. ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF VOLUNTARY DISMISSAL

### NOTICE OF VOLUNTARY DISMISSAL

EMILY & CHARLES HOUK (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, FINANCIAL RECOVERY SERVICES, INC. (Defendant), in this case.

DATED:  April 30, 2010          KROHN & MOSS, LTD.

By:_____/s/ Adam J. Krohn_____ _____
[ ]Adam J. Krohn
Attorneys for Plaintiff
Krohn & Moss, Ltd.
10474 Santa Monica Blvd, Suite 401
Los Angeles, CA 90025